UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AOIFE O'SHEA,<br>    Plaintiff,<br><br>v.<br><br>FIRST UNUM LIFE INSURANCE COMPANY, UNUM GROUP, AND MCKINSEY & COMPANY, INC. PLAN,<br>    Defendants | CIVIL ACTION NO.<br>1:23-CV-12879-IT |

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that said action be dismissed with prejudice, without costs as to either party, and waiving all rights of appeal.

| AOIFE O'SHEA | FIRST UNUM LIFE INSURANCE COMPANY and UNUM GROUP |
|---|---|
| By her attorney, | By their attorney, |
| /s/ M. Katherine Sullivan | /s/ Joseph M. Hamilton |
| M. Katherine Sullivan, Esq. | Joseph M. Hamilton |
| BBO #649239 | BBO #546394 |
| Law Office of Katherine Sullivan, LLC | Mirick, O'Connell, DeMallie & Lougee, LLP |
| 945 Concord Street | 100 Front Street |
| Framingham, MA 01701 | Worcester, MA 01608-1477 |
| Phone: (508) 620-5387 | Phone: (508) 791-8500 |
| Fax:  (508) 834-1172 | Fax:    (508) 791-8502 |
| kate@sullivandisabilitylaw.com | jhamilton@mirickoconnell.com |

Dated: September 24, 2024

{Client Matter 16310/00235/A8658854.DOCX}

2

## CERTIFICATE OF SERVICE

      I, Joseph M. Hamilton, hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 24, 2024.

      /s/ Joseph M. Hamilton
      Joseph M. Hamilton